IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KAYE M. LOKOWICH,

    Plaintiff/Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, and
BARCLAYS CAPITAL REAL ESTATE, d/b/a HOMEQ
SERVICING,

    Defendants/Appellees.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-35-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant/appellees

AFFIRMING the decision of the United States Bankruptcy Court for the Western District of Wisconsin.


_____       9/28/11_____
Peter Oppeneer, Clerk of Court              Date